**TIMOTHY R. GARRISON**
California State Bar No. 228105
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone No. (619) 234-8467
Email: timothy_garrison@fd.org

Attorneys for Mr. Villela-Cabrera

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08MJ2193 |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| ALEJANDRO VILLELA-CABRERA, | |
| Defendant. | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Timothy R. Garrison, Federal Defenders of San Diego, Inc., files this Notice of Appearance as counsel in the above-captioned case.

Respectfully submitted,

Dated: July 24, 2008      /s/ *Timothy R. Garrison*
                          Federal Defenders of San Diego, Inc.
                          Attorneys for Defendant
                          Timothy_Garrison@fd.org

# **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated: July 24, 2008

/s/ *Timothy R. Garrison*
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Timothy_Garrison@fd.org (email)