```
                                      FILED
                                    AUG 1 4 2008
                              CLERK      DISTRICT COURT
                              SOUTHERN  DIST OF CALIFORNIA
                              BY  [sig]           DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR2749W |
| ) | |
| Plaintiff, ) | **I N F O R M A T I O N** |
| ) | |
| v. ) | Title 8, U.S.C., Sec. 1325 - |
| ) | Illegal Entry (Misdemeanor); |
| ALEJANDRO VILLELA-CABRERA, ) | Title 8, U.S.C., Sec. 1325 - |
| ) | Illegal Entry (Felony); |
| Defendant. ) | Title 8, U.S.C., Sec. 1325 - |
| ) | Illegal Entry (Felony) |

The United States Attorney charges:

### Count 1

On or about **5/27/08**, within the Southern District of California, defendant ALEJANDRO VILLELA-CABRERA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

CJB:kmm:San Diego
7/29/08

Count 2

On or about  6/5/08 , within the Southern District of California, defendant ALEJANDRO VILLELA-CABRERA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

Count 3

On or about June 21, 2008, within the Southern District of California, defendant ALEJANDRO VILLELA-CABRERA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: August 14, 2008.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney